UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Latonya M. Bradley,            )
                               )
            Plaintiff,          )
                               )
      v.                        )          Civil Action No.   11  ı96ẞ
                               )
                               )
D.C. Superior Court, *et al.*,  )
                               )
            Defendants.         )

MEMORANDUM OPINION

This matter is before the Court on its review of the plaintiff's *pro se* complaint and

application to proceed *in forma pauperis*. The application will be granted and the complaint will

be dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring

dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff, a District of Columbia resident, sues the Superior Court of the District of

Columbia, the District of Columbia Court of Appeals, and two Superior Court judges. She has

stated no facts about the named defendants, and this Court lacks jurisdiction to review any of

their rulings. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United

States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). A separate

Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: May ⃰⃰17, 2011

(MJ)                                                                                      3